IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN LAWRENCE SCHOONMAKER, et al | : : : | CIVIL ACTION |
| v. | : : | NO. 09-cv-703 |
| HIGHMARK BLUE CROSS BLUE SHIELD, et al | : : | |

ORDER

AND NOW, this 30th day of October 2009, upon consideration of defendants' motions to dismiss and to transfer venue, plaintiffs' answer, and defendants' reply it is hereby ORDERED that defendants' motion to transfer venue is GRANTED and this action is transferred to the United States District Court for the Western District of Pennsylvania.  The Clerk of the Court is directed to take all steps necessary to effect the transfer.

/s/ Thomas N. O'Neill, Jr.

THOMAS N. O'NEILL, JR., J.